AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

RYAN MYRES & AALIYAH
THOMPSON, on behalf of themselves and others
similarly situated,
*Plaintiff*
v.
Hopebridge, LLC
*Defendant*

)
)
)
)
)
)

Civil Action No.    2:20-cv-5390

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   Pursuant to the Order filed 2/21/2023 – This case is dismissed with prejudice
_____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____

Date:    2/21/2023

*CLERK OF COURT*

*Christian M. Werndt*

*Signature of Clerk or Deputy*